

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FIFTEENTH DISTRICT, AT AUSTIN

No. 15-24-00019-CV

**Armando Ramos and Shannon Mark Douthit**
**v.**
**Marvin Dunbar, Jeania Pegoda, and Hilaria Leon**

(No. 036245 IN 506TH DISTRICT COURT OF GRIMES COUNTY)

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $15.00 | 02/24/2025 | INDIGENT | ANT |
| MT FEE | $10.00 | 01/29/2025 | INDIGENT | ANT |
| MT FEE | $10.00 | 04/25/2024 | TRANSFER | APE |
| MT FEE | $10.00 | 04/09/2024 | INDIGENT | ANT |
| CLK RECORD | $0.00 | 03/08/2024 | UNKNOWN | ANT |
| FILING | $205.00 | 02/28/2024 | INDIGENT | ANT |

**The costs incurred on appeal to the Fifteenth Court of Appeals, Austin, Texas: $250.00**
**Balance of costs owing to the Fifteenth Court of Appeals, Austin, Texas:   $0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **CHRISTOPHER A. PRINE, CLERK** OF THE FIFTEENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fifteenth District of Texas, this May 15, 2025.



**CHRISTOPHER A. PRINE, CLERK**